JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and FLOYD CLAY, AS A FIDUCIARY OF SOUTHWEST CARPENTERS HEALTH AND WELFARE TRUST, SOUTHWEST CARPENTERS PENSION TRUST, SOUTHWEST CARPENTERS VACATION TRUST AND SOUTHWEST CARPENTERS TRAINING FUND,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>WORKSPACE INTERIOR SOLUTIONS, INC., a California corporation; CARLOS MIGUEL FERNANDEZ, also known as CARLOS M. FERNANDEZ, individually and doing business as WORKSPACE INTERIOR SOLUTIONS, INC.; INSCAPE INSTALLATIONS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 05-08528 MMM (CWx)<br><br>JUDGMENT |

　　　　On February 23, 2010, plaintiffs filed a joint stipulation for judgment that was to be filed in the event that defendants defaulted on the terms of the settlement agreement made between the parties. Plaintiffs provided defendants with written notice of their default of the settlement agreement's terms on February 3, 2010. Defendants have not responded and have not opposed entry of judgment against them based on the joint stipulation filed with the court. Accordingly,

1  IT IS ORDERED AND ADJUDGED

2  That plaintiffs Carpenters Southwest Administrative Corporation and Floyd Clay
3  may recover from defendants Workspace Interior Solutions, Inc. and Inscape
4  Installations, Inc. total damages of $195,240.24. This sum shall bear post-judgment
5  interest at the rate of .39%.

7  DATED: March 19, 2010

   _____
   MARGARET M. MORROW
   UNITED STATES DISTRICT JUDGE

2